[Cite as *Snyder-Hill v. OSU Office of Univ Compliance & Integrity*, 2020-Ohio-5280.]

| | |
|---|---|
| STEPHEN MICHAEL SNYDER-HILL | Case No. 2020-00308PQ |
| Requester | Judge Patrick M. McGrath |
| v. | <u>JUDGMENT ENTRY</u> |
| OSU OFFICE OF UNIVERSITY COMPLIANCE AND INTEGRITY | |
| Respondent | |

{¶1} On September 22, 2020, a special master issued a report and recommendation (R&R) in this public-records case. The special master recommends that the court find that (1) all claims for production of records were resolved during mediation, (2) respondent failed to provide requested records from Request No. 19-0897 within a reasonable period of time, (3) requester is entitled to recover from respondent the amount of the filing fee of twenty-five dollars and any other costs associated with the action that were incurred by requester, and (4) court costs should be assessed to respondent. (R&R, 8-9.)

{¶2} Neither party has filed timely written objections to the R&R. Pursuant to R.C. 2743.75(F)(2), if neither party timely objects to a special master's report and recommendation, this court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation."

{¶3} Upon review, the court determines that there is no error of law or other defect evident on the face of the R&R of September 22, 2020. The court therefore adopts the special master's R&R, including the special master's findings of fact, conclusions of law, and recommendations contained in the R&R. Judgment is rendered in favor of requester. Requester is entitled to recover from respondent the amount of the filing fee of twenty-five dollars and any other costs associated with the action that

were incurred by requester, but requester is not entitled to recover attorney fees.  Court costs are assessed against respondent.  The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.


PATRICK M. MCGRATH
Judge

**Filed October 13, 2020**
**Sent to S.C. Reporter 11/13/20**